1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    KYLE PETERSEN,                          1:19-cv-00235-GSA (PC)

12                    Plaintiff,

13        v.                                   ORDER GRANTING APPLICATION TO
                                               PROCEED IN FORMA PAUPERIS
14    MEKIASH BUYARD, et al.,                  (Document# 4)

15                    Defendants.                        and

16

17                                             ORDER DIRECTING PAYMENT
                                               OF INMATE FILING FEE BY FRESNO
18                                             COUNTY SHERIFF

19           Plaintiff is a Fresno County jail inmate proceeding *pro se* with this civil rights action

20    pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis* pursuant to 28

21    U.S.C. § 1915.  Plaintiff has made the showing required by § 1915(a) and accordingly, the request

22    to proceed *in forma pauperis* will be granted.  Plaintiff is obligated to pay the statutory filing fee

23    of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly

24    payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's

25    trust account.  The Fresno County Sheriff is required to send to the Clerk of the Court payments

26    from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory

27    filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

28    ///

                                                 1

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

**2. The Fresno County Sheriff or her designee shall collect payments from Plaintiff's jail trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Fresno County Sheriff, via the court's electronic case filing system (CM/ECF); and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   **March 1, 2019**              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE