UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN,<br><br>        Plaintiff,<br><br>   vs.<br><br>MEKIASH BUYARD, et al.,<br><br>        Defendants. | 1:19-cv-00235-DAD-GSA-PC<br><br>**ORDER STRIKING FIRST AMENDED COMPLAINT FOR LACK OF SIGNATURE**<br>**(ECF No. 8.)**<br><br>**ORDER FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT BEARING HIS SIGNATURE, WITHIN THIRTY DAYS** |

       Kyle Petersen ("Plaintiff") is a Fresno County Jail inmate proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on February 19, 2019. (ECF No. 1.) On March 14, 2019, Plaintiff filed the First Amended Complaint as a matter of course. (ECF No. 8.)

       The First Amended Complaint is not signed by Plaintiff. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

       Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's First Amended Complaint, filed on March 14, 2019, is STRICKEN from the record for lack of signature;

    2.    The Clerk's Office shall send Plaintiff a form § 1983 complaint;

3. Within thirty days from the date of service of this order, Plaintiff is required to file a Second Amended Complaint bearing Plaintiff's original signature; and
4. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated: **March 18, 2019**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE