# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE PETERSEN, | 1:19-cv-00235-DAD-GSA-PC |
| Plaintiff, | **ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION AND RANDOMLY REASSIGN CASE TO ANOTHER MAGISTRATE JUDGE** |
| vs. | |
| MEKIASH BUYARD, et al., | |
| Defendants. | |

Kyle Petersen ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action.[1]  Plaintiff filed the Complaint commencing this action on February 19, 2019.  (ECF No. 1.)  The action was designated at opening as a 550 prisoner conditions-of-confinement case.  Upon further review by the court, it has been determined that this case is a 440 civil action.

Therefore, the Clerk's Office is HEREBY DIRECTED to:

1.      Re-designate this action as a 440 civil action; and

2.      Randomly assign this case to another magistrate judge.

Further, the parties SHALL omit the PC designation from the new case number.

IT IS SO ORDERED.

Dated:   __**September 18, 2019**__               _____**/s/ Gary S. Austin**_____
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is presently incarcerated at the Nevada Southern Detention Center in Pahrump, Nevada, a federal facility.  Plaintiff was an inmate at the Fresno County Jail in Fresno, California, when he filed this case on February 19, 2019.  The events at issue in the Complaint allegedly occurred in 2017 while Plaintiff was on parole and not in custody.